

Misc. No. 11–8024/NA.   U.S. v. John R. Davenport CCA 201000067.   On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

Wednesday, June 29, 2011

No. 11–0514/NA.   U.S. v. Damien J. Autry.   CCA 201100105.   Review granted on the following issues:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER* AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0529/AF.   U.S. v. Matthew C. Roth.   CCA S31834.   Appellant's motion for leave to file an additional supplement granted.